[Cite as *State ex rel. Miller v. Culotta*, 2021-Ohio-1633.]

# IN THE COURT OF APPEALS

# ELEVENTH APPELLATE DISTRICT

# LAKE COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO ex rel. OTIS S. MILLER, | : | **PER CURIAM OPINION** |
| Relator, | : | |
| - vs - | : | **CASE NO. 2021-L-026** |
| VINCENT A. CULOTTA (JUDGE), | : | |
| Respondent. | : | |

Original Action for Writ of Mandamus and/or Writ of Procedendo.

Judgment: Petition dismissed.

*Otis S. Miller,* pro se, PID: A754-280, Richland Correctional Institution, 1001 Olivesburg Road, P.O. Box 8107, Mansfield, OH 44905 (Relator).

*Charles E. Coulson,* Lake County Prosecutor, and *Harrison L. Crumrine,* Assistant Prosecutor, Lake County Administration Building, 105 Main Street, P.O. Box 490, Painesville, OH 44077 (For Respondent).


PER CURIAM.

{¶1} Relator, Otis S. Miller, filed a petition for writ of mandamus and/or writ of procedendo requesting this court to order respondent, Judge Vincent A. Culotta, to rule upon a previously pending petition for post-conviction relief and motion for summary judgment, pertaining to the same petition. Because, on March 11, 2021, respondent ruled upon the pleadings at issue, the underlying petition is dismissed as moot.

{¶2}   On January 2, 2020, relator filed a petition for post-conviction relief.  He later filed an amended petition and a motion for summary judgment.  After filing the instant action, respondent issued a judgment denying his petition and amended petition.  Because respondent fulfilled his legal duty to issue a ruling on the pleadings at issue, relator's petition for writ of mandamus and/or writ of procedendo is dismissed as moot.  Respondent's motion to dismiss is granted.

MARY JANE TRAPP, P.J., CYNTHIA WESTCOTT RICE, J., MATT LYNCH, J., concur.